**Motion Granted; Order filed February 28, 2017**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00790-CV
NO. 14-16-01016-CV

_____

**VERAKISHA ROACH, JEREMY BRADY, DERON R. HARRINGTON, SUSAN HERBST SOTO, CAROLE STEWART ANHALT AND PERCY ISGITT, Appellants**

**V.**

**HEATHER INGRAM, ET AL, Appellees**

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 15-DCV-223241**

## ORDER

On October 7, 2016, appellants filed a notice of appeal from an interlocutory order signed September 22, 2016, which was assigned to this court under our appellate number 14-16-00790-CV. On December 21, 2016, appellants filed a notice of appeal from the final judgment in the same trial court cause number, which was assigned to this court under our appellate number 14-16-01016-CV. On February

21, 2017, appellants filed an unopposed motion to consolidate the related appeals. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate cause numbers 14-16-00790-CV and 14-16-01016-CV **CONSOLIDATED.** Both appeals are currently abated for mediation. The mediation deadline in cause number 14-16-01016-CV will apply to both cause numbers.

PER CURIAM

Panel consists of Justices Donovan, Brown, and Wise.